No. 950. DOBY ET AL. *v.* BROWN ET AL., TRUSTEES, ET AL. Supreme Court of North Carolina. Certiorari denied. *Frank Thomas Miller, Jr.* for petitioners. *Staton P. Williams* for respondents.

No. 989. PRENTICE, TRUSTEE, *v.* MOSKOWITZ, RECEIVER. C. A. 7th Cir. Certiorari denied. *Robert M. Curley* for petitioner. *Emil Hersh* for respondent.

No. 552, Misc. KOUGAROK DREDGING CORP. ET AL. *v.* ROYCE ET AL. C. A. 9th Cir. Certiorari denied.

No. 588, Misc. SINOR, ADMINISTRATOR, *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John E. Teate* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *B. Jenkins Middleton* for the United States.

No. 623, Misc. HENDRIX *v.* MICHIGAN. Circuit Court for Clinton County, Michigan. Certiorari denied.

No. 654, Misc. FERGUSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Curtis P. Mitchell* and *Frank D. Reeves* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 664, Misc. PALLADINO *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.